Jeffrey W. Johnson (#024435)
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Telephone: (480) 655-0073
Facsimile: (480) 655-9536
jjohnson@iplawusa.com

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tom Hussey Photography, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Ballard Senior Home Care LLC,<br><br>Defendant. | Case No.: 3:25-cv-08163-ASB<br><br>**ANSWER** |

Defendant Ballard Senior Home Care LLC ("Defendant"), for its Answer to the Complaint of Plaintiff Tom Hussey Photography, LLC ("Plaintiff"), hereby admits, denies, and alleges as follows:

**THE PARTIES**

1. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 1, and therefore denies them.
2. Defendant admits the allegations of Paragraph 2.

**JURISDICTION AND VENUE**

3. Defendant admits the allegations of Paragraph 3.

4. Answering Paragraph 4, Defendant does not dispute that this Court has personal jurisdiction over Defendant.
5. Answering Paragraph 5, Defendant does not dispute that venue is proper in this district.

**I. <u>Plaintiff's Business and History</u>**

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 6, and therefore denies them.
7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 7, and therefore denies them.
8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 8, and therefore denies them.

II. **<u>Plaintiff's Business and History [SIC]</u>**

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 9, and therefore denies them.
10. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 10, and therefore denies them.
11. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 11, and therefore denies them.
12. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 12, and therefore denies them.
13. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 13, and therefore denies them.

A. **The First Photograph**

14. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 14, and therefore denies them.

B. **The Second Photograph**

15. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 15, and therefore denies them.

C. **The Third Photograph**

16. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 16, and therefore denies them.

D. **The Fourth Photograph**

17. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 17, and therefore denies them.

E. **The Fifth Photograph**

18. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 18, and therefore denies them.

F. **The Sixth Photograph**

19. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 19, and therefore denies them.

G. **The Seventh Photograph**

20. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 20, and therefore denies them.

21. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 that the First Photograph, Second Photograph, Third Photograph, Fourth Photograph, Fifth Photograph, Sixth Photograph and Seventh Photograph were registered by Mr. Hussey with the Registrar of Copyrights

on June 8, 2009 and were assigned Registration No. VaU 990-319, and therefore denies the same. Defendant admits that Exhibit A purports to show a copy of a copyright registration certificate for Registration No. VaU 990-319, but lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 1 that a true and correct copy of the registration pertaining to the First Photograph, Second Photograph, Third Photograph, Fourth Photograph, Fifth Photograph, Sixth Photograph, and Seventh Photograph is attached as Exhibit A, and therefore denies those allegations. Defendant denies the remaining allegations of Paragraph 21.

H. **The Eighth Photograph**

22. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 22, and therefore denies them.

I. **The Ninth Photograph**

23. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 23, and therefore denies them.

J. **The Tenth Photograph**

24. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 24, and therefore denies them.

25. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25 that the Eighth Photograph, Ninth Photograph, and Tenth Photograph were registered by Mr. Hussey with the Registrar of Copyrights on February 8, 2011 and were assigned Registration No. VAu 1-057-381, and therefore denies the same. Defendant admits that Exhibit B purports to show a copy of a copyright registration certificate for Registration No. VAu 1-057-381, but lacks

knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 25 that a true and correct copy of the registration pertaining to the Eighth Photograph, Ninth Photograph, and Tenth Photograph is attached as Exhibit B, and therefore denies those allegations. Defendant denies the remaining allegations of Paragraph 25.

K. **The Eleventh Photograph**

26. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 26, and therefore denies them.

L. **The Twelfth Photograph**

27. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 27, and therefore denies them.

M. **The Thirteenth Photograph**

28. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 28, and therefore denies them.

29. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25 that the Eleventh Photograph, Twelfth Photograph, and Thirteenth Photograph were registered by Mr. Hussey with the Registrar of Copyrights on May 31, 2023 and were assigned Registration No. VAu 1-057-381, and therefore denies the same. Defendant admits that Exhibit C purports to show a copy of a copyright registration certificate for Registration No. VAu 1-105-553, but lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 29 that a true and correct copy of the registration pertaining to the Eleventh Photograph, Twelfth Photograph, and Thirteenth Photograph is

attached as Exhibit C, and therefore denies those allegations. Defendant denies the remaining allegations of Paragraph 29.

30. With respect to Paragraph 30 of the Complaint, Plaintiff submits that the statement in the paragraph is simply definitional, and requires no response. To the extent that a response is required, Defendant admits that Plaintiff refers collectively to the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth and Thirteenth Photographs as the "Work."

31. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 31, and therefore denies them.

III. **Defendant's Alleged Actions**

32. Defendant admits the allegations of Paragraph 32.

33. Defendant admits the allegations of Paragraph 33.

34. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 34 that imply that each or any photograph comprising the Work was copyright registered, and the date of any such purported copyright registration, and therefore denies that said photographs were registered and on a specific date. Consequently, Defendant denies that on or after such an above-referenced copyright date Defendant displayed and/or published the Work on its website, webpage, and/or social media as a means of advertising, promoting and/or marketing its business (at https://www.ballardcare.com). Defendant admits that at least some of the images shown in Paragraph 34 appear to be images that were at one time displayed at its website, webpage and or social media (at www.ballardcare.com), but lacks knowledge or information sufficient to form a belief about the dates said images were displayed at www.ballardcare.com.

Defendant admits that it provided content at www.ballardcare.com as a means of advertising, promoting, and/or marketing its business. Defendant denies the remaining allegations of paragraph 34.

35. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 35 that imply that each or any photograph comprising the Work, including but not limited to the First, Second, Third, and Sixth Photographs, was copyright registered, and the date of any such purported copyright registration, and therefore denies that said photographs, including but not limited to the First, Second, Third and Sixth Photographs, were registered and on a specific date. Consequently, Defendant denies that on or after such an above-referenced copyright registration date Defendant displayed and/or published the Work, including but not limited to the First, Second, Third and Sixth Photographs on its website, webpage, and/or social media as a means of advertising, promoting and/or marketing its business ((including at https://www.facebook.com/ballardcare/photos/pb.100063453527804.-2207520000./2299237527062257/?type=3 among other posts)). Defendant admits that at least some of the images shown in Paragraph 35 appear to be images that were at one time displayed at its Facebook page (at https://www.facebook.com/ballardcare/), but lacks knowledge or information sufficient to form a belief about the dates said images were displayed. Defendant admits that the images in Paragraph 35 appear to show that certain images were displayed at the Facebook page on April 8, 2019 and May 21, 2019, but lacks information and knowledge as to whether or not those dates are correct. Defendant admits that it provided content at its Facebook page as a means of advertising,

promoting, and/or marketing its business. Defendant denies the remaining allegations of paragraph 35.

36. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 36 that a true and correct copy of screenshots of Defendant's website, webpage, and/or social media displaying the copyrighted Work is attached as Exhibit "D.", and therefore denies those allegations.

37. Defendant admits, based on its current information and belief, that it is not and has never been licensed by to use or display the Work directly by Plaintiff. Defendant is without knowledge or information sufficient to form a belief about the remaining allegations of paragraph 38, and therefore denies the same.

38. Defendant admits that photographs and other content displayed on its website and social media sites were used for commercial purposes, but is without knowledge or information sufficient to form a belief about the remaining allegations of paragraph 38 and therefore denies the same.

39. Defendant admits that it did not contact Plaintiff to secure a license for any photographs. Defendant admits that it located certain photographs on the internet and used them, including in at least some cases for commercial use. Defendant is without knowledge or information sufficient to form a belief about whether Defendant located "a copy of the Work" and copied "the Work", and therefore denies the same. Defendant denies the remaining allegations of paragraph 39.

40. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 40, and therefore denies them.

41. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 41, and therefore denies them.

**COUNT I – COPYRIGHT INFRINGEMENT**

42. Defendant re-alleges and incorporates paragraphs 1 through 41 as set forth above.

43. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 43, and therefore denies them.

44. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 44, and therefore denies them.

45. Defendant admits that it had access to photographs displayed on its website, webpage and/or social media prior to displaying or otherwise using them. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 45, including whether or not the photographs comprise "the Work", and whether or not any access to any accused photographs are or were as a result of Plaintiff's reproduction, distribution, and public display of the Work, and therefore denies the same and the remaining allegations of paragraph 45.

46. Defendant admits that it displayed photographs, and that it did not obtain authorization from Plaintiff to display photographs. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 46, including whether or not certain photographs comprise "the Work", and whether or not any accused photographs were "distributed" or "reproduced" as those terms may or may not be legally defined, and therefore denies the same.

47. Defendant denies the allegations of paragraph 47.

48. Defendant denies the allegations of paragraph 48.

49. Defendant denies the allegations of paragraph 49.

50. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 50, and therefore denies them.

51. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 51, and therefore denies them.

52. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 52, and therefore denies them.

53. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 53, and therefore denies them.

## ANSWER TO PRAYER FOR RELIEF

The remainder of the Complaint contains Plaintiff's prayers for relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in Plaintiff's prayers for relief and further avers that Plaintiff is not entitled to any relief in this action.

## DENIAL OF ALLEGATIONS NOT ADMITTED

Defendant denies all allegations of the Complaint not expressly admitted herein.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses in response to the allegations of the Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein:

**1**. Failure to State a Claim: Plaintiff has failed, in whole or in part, to state a claim upon which relief can be granted.

2. Fair Use: Defendant's use of the Photograph constitutes fair use under 17 U.S.C. § 107.

3. License: Defendant had an implied or express license to use the Photographs.

4. De Minimis Use: The use of the Photographs was de minimis and does not constitute actionable infringement.

5. Innocent Infringement: Defendant acted in good faith and was unaware that its actions constituted infringement.

6. Statute of Limitations: Plaintiff's claims are barred by the statute of limitations under 17 U.S.C. § 507(b) .

7. Lack of Standing: Plaintiff lacks standing to bring this action as it may not be the rightful owner of the copyright.

8. No Damages: Plaintiff has not suffered any actual damages as a result of Defendant's actions.

9. Failure to Mitigate Damages: Plaintiff failed to mitigate its damages.

10. Waiver/Laches/Estoppel/Unclean Hands: Plaintiff's Complaint is barred by the doctrines of waiver, laches, estoppel, and unclean hands.

11. Plaintiff's alleged damages for infringement, if any, are limited by, upon information and belief, the widespread use of the Work by others who lack permission from Plaintiff to use it.

12. Plaintiff's alleged damages for infringement of a valid copyright, if any, are limited by, upon information and belief, Plaintiff's failure to police infringement of Plaintiff's alleged copyrights.

13. Plaintiff's claim for injunctive relief is barred because Plaintiff cannot show that it will suffer any irreparable harm from Defendant's actions, especially where, as here, the photographs have already been removed.

14. Plaintiff is barred from recovering under the Complaint, in whole or in part, because Plaintiff's damages, if any, are vague, uncertain, and speculative.

Defendant reserves the right to assert additional affirmative defenses based on information learned or gained during discovery, and expressly reserves those defenses in this matter as though expressly stated herein.

**PRAYER FOR RELIEF**

WHEREFORE, having fully answered the Complaint, Defendant respectfully requests that the Court enter judgment in favor of Defendant and against Plaintiff as follows:

A. That the Complaint be dismissed with prejudice and that Plaintiff take nothing thereby;

B. That judgment be awarded in favor of Defendant and against Plaintiff;

C. That Defendant be awarded its reasonable costs and attorneys' fees incurred herein, including under 17 U.S.C. § 505, together with interest thereon at the highest rate provided by law from the date of entry of judgment until paid; and

D. For such other and further relief as the Court deems just and proper.

Respectfully submitted this the 8th day of September, 2025.

SCHMEISER, OLSEN & WATTS LLP

By: *_/s/Jeffrey W. Johnson_*

Jeffrey W. Johnson
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Attorneys for Defendant

**Certificate of Service:**

I hereby certify that on this 8th day of September, 2025 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**RIGHTIP PLLC**
One Renaissance Square
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602.314.1949
Fax: 602.613.2738

John A. Griffiths, 021103
Email: john@rightiplaw.com
Justin C. Johanson, 033329
Email: justin@rightiplaw.com
*Attorneys for Plaintiff*

*/s/Steven Adams*
Steven Adams